**00–1215. In re Estate of Bloom.**
Huron App. No. H–00–020. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the following issue:

"Whether probate estate proceedings are 'special proceedings' as that term is defined in R.C. 2505.02(A)(2)."

F.E. SWEENEY, J., dissents.

The conflict case is *In re Estate of Knauff* (May 27, 1997), Adams App. No. 96CA623, unreported, 1997 WL 305232.